DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YOUSUF AL-KHAFAJI,**
Appellant,

v.

**SARAH ABED,**
Appellee.

No. 4D2025-1077

[February 26, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl A. Caracuzzo, Judge; L.T. Case No. 502022DR000211XXXXNB.

Yousuf Al-Khafaji, Riviera Beach, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***